NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1084


KENNETH FLETCHER

VERSUS

DOUGLAS WILSON


**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 63,796
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

**********

**ARTHUR J. PLANCHARD**

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, Judge and Arthur J. Planchard*, Judges.

**AFFIRMED.**


**Scott Westerchil**
**101 South First Street**
**Leesville, LA 71446**
**Counsel for Plaintiff-Appellee**
**Kenneth Fletcher**

**Bradley O'Neal Hicks**
**116 East Lula Street**
**Leesville, LA 71446**
**Counsel for Defendant-Appellant**
**Douglas Wilson**


　　**\*Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.**